# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHANTELL ALEXIS,**

    **Plaintiff,**

**v.**                                        **Case No:   6:14-cv-703-Orl-31GJK**

**SHERIFF OF ORANGE COUNTY, FLORIDA, NICHOLAS SOTTILE, JOHN MCCOMMON and SHAUN SAHEBI,**

    **Defendants.**

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss the Amended Complaint (Doc. 32) and the Plaintiff's Response in Opposition (Doc. 34). The problem is that the Amended Complaint was filed without agreement from Defendants or leave of the Court and substantially after the deadline where a unilateral amendment was permissible. This case was originally filed in state court on April 11, 2014 and removed to this Court roughly a month later. The Defendants answered the Complaint and the Court, in the Case Management and Scheduling Order, set a deadline of July 15, 2014 for the parties to move to amend the pleadings. However, the Plaintiff amended the Complaint, without leave, on March 3, 2015. While leave to amend is usually freely given, the Plaintiff never requested leave from the Court, moreover the Response did not even mention a reason for the failure to seek such leave. Accordingly, the Amended Complaint is due to be dismissed without prejudice. Fed. R. Civ. P. 15, 16.

It is therefore,

**ORDERED,** the Motion to Dismiss (Doc. 32) is **GRANTED** and the Amended Complaint (Doc. 31) is **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 5, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party