# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHANTELL ALEXIS,**

      **Plaintiff,**

**v.**                                                         Case No:   6:14-cv-703-Orl-31GJK

**SHERIFF OF ORANGE COUNTY, FLORIDA, NICHOLAS SOTTILE, JOHN MCCOMMON and SHAUN SAHEBI,**

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Amended Motion for the Court to Reconsider its Order and Entering an Order Directing the Clerk to Reinstate the Case ("Amended Motion") (Doc. 43) and the Defendants' Response to the Amended Motion (Doc. 44).

The Plaintiff has failed to show why the Court should reconsider its Order denying leave to amend the complaint at this late stage of litigation. However, the unopposed relief requested of reinstating the case under the original Complaint (Doc. 2) shall be granted.

Accordingly, it is

**ORDERED,** the Amended Motion is **GRANTED IN PART AND DENIED IN PART,** the Clerk is directed to reopen the case, the Plaintiff may proceed with the case on Complaint removed to this Court (Doc. 2).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 30, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party